```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
LUIS ZUCCO,                                                    :
                                                               :
                                                               :
                                           Plaintiff,          :
                                                               :      1:25-cv-2048-GHW
                       -against-                               :
                                                               :      ORDER
MARCOS AUTO TRANSPORT, INC.,                                   :
                                                               :
                                           Defendant.          :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, County of Bronx, on March 12, 2025.  Dkt. No. 1.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than March 26, 2025.  Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case.  Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

      SO ORDERED.

Dated: March 13, 2025
      New York, New York

                                                                                  GREGORY H. WOODS
                                                                      United States District Judge