```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                            :
LUIS ZUCCO,                                 :
                                            :
                          Plaintiff,        :      1:25-cv-2048-GHW
                                            :
            -v-                             :      ORDER
                                            :
MARCOS AUTO TRANSPORT, INC., *et al.*,      :
                                            :
                          Defendants.       :
                                            :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On March 13, 2025, the Court scheduled an initial pretrial conference in this case. Dkt. No. 5. In the Court's March 13, 2025 order, the parties were directed to submit a proposed case management plan to the Court using this Court's form Proposed Case Management Plan and Scheduling Order available on the Court's website. As the parties are aware, the Court's form asks all parties if they consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). It also states: "If all parties consent . . . the parties should submit to the Court a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf." On April 7, 2025, the parties submitted their Proposed Civil Case Management Plan and Scheduling Order (the "PCMP") using the correct form. Dkt. No. 12. In the PCMP, the parties indicated that they consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). However, the parties did not submit to the Court a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, as instructed. If the parties indeed consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c), the parties are directed to submit to the Court a fully executed

Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf forthwith and in any case no later than April 14, 2025 before 1:00 p.m.  If the parties submit the Notice, Consent, and Reference of a Civil Action, the initial pretrial conference scheduled for April 14, 2025 at 2:00 p.m. will be adjourned *sine die*.  Otherwise, the initial pretrial conference will proceed as scheduled.

       SO ORDERED.

Dated: April 14, 2025
      New York, New York

                                    GREGORY H. WOODS
                                    United States District Judge