UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIS ZUCCO,                                     :
                                                :
                          Plaintiff,            :        25-CV-2048 (RWL)
                                                :
          - against -                           :
                                                :        **ORDER**
MARCOS AUTO TRANSPORT, ET AL.                   :
                                                :
                          Defendants.           :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On March 10, 2026, the Court issued an order (1) requiring the Defendant driver

to appear for his deposition no later than April 9, 2026, and (2) warning the parties that, if

Defendant fails to appear without cause, he will be deemed in default.  Three months

have passed, and there have been no further updates from the parties about the status

of the Defendant driver.  Accordingly, by **June 23, 2026**, the parties shall inform the Court

about the status of discovery, including whether the Defendant driver has appeared.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 17, 2026
          New York, New York

Copies transmitted this date to all counsel of record.

1