UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIS ZUCCO,                                       :
                                                  :
                          Plaintiff,              :         25-CV-2048 (RWL)
                                                  :
        - against -                               :
                                                  :         **ORDER**
MARCOS AUTO TRANSPORT, ET AL.                     :
                                                  :
                          Defendants.             :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Whereas the Defendant driver, Joel Sosa, did not appear for his deposition as scheduled on January 30, 2026; and

Whereas defense counsel has indicated loss of contact with Mr. Sosa; and

Whereas on March 10, 2026, the Court ordered that Mr. Sosa appear for his deposition no later than April 9, 2026, and warned that if Mr. Sosa fails to appear for his deposition without cause, he will be deemed in default;

Whereas defense counsel still has not been able to locate his client Mr. Sosa; and

Whereas Mr. Sosa has not appeared for deposition at any time before or after April 9, 2026; and

Whereas Plaintiff requests entry of default against Mr. Sosa (*see* Dkt. 30);

The Court hereby enters DEFAULT against Joel Sosa.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 24, 2026
New York, New York

1

Copies transmitted this date to all counsel of record.